UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHIRLEY AUSTIN,

            Plaintiff,

-vs-                                      Case No. 5:03-cv-444-Oc-10GRJ

SCHOOL BOARD OF MARION COUNTY,
FLORIDA,

            Defendant.
_____

## **O R D E R**

This case is before the Court for consideration of Plaintiff Shirley Austin's "Motion for Relief from Order and Entry of Dismissal Pursuant to Local Rule 3.08" (Doc. 22). In this Title VII race discrimination action, the Court granted summary judgment in favor of the Defendant, the School Board of Marion County (Doc. 21). Unbeknownst to the Court, however, counsel for the Defendant had electronically filed a notice of settlement (Doc. 20) twelve minutes before the Court electronically filed its order on summary judgment. The notice of settlement recites that the matter had been settled in its entirety, subject to the execution of a final settlement and release agreement, which the parties anticipated accomplishing "after the approval of the School Board's governing entity."

The Plaintiff now moves the Court pursuant to Fed. R. Civ. P. 60 for an order vacating or withdrawing the Court's order on summary judgment. The Plaintiff contends that the order should be vacated or withdrawn because the parties had reached a binding

settlement prior to the order. The Defendant opposes the relief requested (Doc. 23) and states that the agreement was only tentative and subject to the approval of the School Board.

Under these unusual circumstances the Court will grant the Plaintiff's motion to vacate the order granting summary judgment. The Plaintiff will have thirty (30) days from the filing of this order within which to move for the enforcement of any settlement agreement, failing which the order granting summary judgment will be reinstated and the Clerk will be instructed to enter final judgment in accordance with that order.

Accordingly, upon due consideration, it is adjudged that the Plaintiff's motion (Doc. 22) for relief from the Court's summary judgment order is GRANTED, and the Court's order (Doc. 21) granting summary judgment is vacated and withdrawn. The Plaintiff shall have thirty (30) days from filing of this order within which to move for the enforcement of any settlement agreement, failing which the order granting summary judgment will be reinstated and the Clerk will be instructed to enter final judgment accordingly.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of April, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy